DOCUMENTS UNDER SEAL ☐

DOCUMENT NUMBER:

| MAGISTRATE JUDGE MINUTE ORDER | DEPUTY CLERK Ivy Lerma Garcia | REPORTER/FTR FTR 5/11/07  10:57:13-11:29:20 | |
|---|---|---|---|
| MAGISTRATE JUDGE HON. WAYNE D. BRAZIL | DATE 5/11/07 | NEW CASE ☐ | CASE NUMBER 4-07-70272-WDB |

## APPEARANCES

| DEFENDANT GIOVANNA WARREN | AGE | CUST Yes | P/NP P | ATTORNEY FOR DEFENDANT Joyce Leavitt | PD. ☒  RET. ☐ APPT. ☐ |
|---|---|---|---|---|---|

| U.S. ATTORNEY Bryan Whittaker | INTERPRETER None | FIN. AFFT ☐ SUBMITTED | COUNSEL APPT'D |
|---|---|---|---|

| PROBATION OFFICER None | PRETRIAL SERVICES OFFICER Amy Berthelsen | DEF ELIGIBLE FOR ☐ APPT'D COUNSEL | PARTIAL PAYMENT ☐ OF CJA FEES |
|---|---|---|---|

## PROCEEDINGS SCHEDULED TO OCCUR - ( IF NOT HELD   TYPE NH IN TIME FIELD)

| ☒ INITIAL APPEAR time 32 Mins RULE 5 HELD | ☐ PRELIM HRG time | ☐ MOTION time | ☐ JUGM'T & SENTG time | ☐ STATUS time |
|---|---|---|---|---|
| ☐ I.D. COUNSEL time | ☐ ARRAIGNMENT time | ☐ BOND SIGNING time | ☐ IA REV PROB. or time S/R | ☐ BAIL REVIEW time |
| ☐ DETENTION HRG time | ☒ ID/REMOVAL HRG time WAIVED BY THE DEFT. | ☐ CHANGE PLEA time | ☐ PROB. REVOC. time | ☐ SUP REL HRG |

## INITIAL APPEARANCE

| ☒ ADVISED OF RIGHTS 5/11/07 | ☒ ADVISED OF CHARGES 5/11/07 | ☐ NAME AS CHARGED IS TRUE NAME | ☐ TRUE NAME: |
|---|---|---|---|

**FILED**

**MAY 1 1 2007**

## ARRAIGNMENT

| ☐ ARRAIGNED ON INFORMATION | ☐ ARRAIGNED ON INDICTMENT | ☐ READING WAIVED SUBSTANCE | ☐ WAIVER OF INDICTMENT |
|---|---|---|---|

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

## RELEASE

| ☐ RELEASED ON O/R | ☒ ISSUED APPEARANCE BOND | AMT OF SECURITY $ $50,000 PR Unsecured | SPECIAL NOTES | ☐ PASSPORT SURRENDERED DATE |
|---|---|---|---|---|

| PROPERTY TO BE POSTED ☐ CASH   $ | CORPORATE SECURITY ☐ | REAL PROPERTY: ☐ |
|---|---|---|

| ☐ MOTION FOR DETENTION | ☐ PRETRIAL SERVICES REPORT | ☐ DETAINED | ☒ RELEASED | ☐ DETENTION HEARING AND FORMAL FINDINGS WAIVED | ☐ REMANDED TO CUSTODY |
|---|---|---|---|---|---|

ORDER REMOVED TO THE DISTRICT OF

## PLEA

| ☐ CONSENT ENTERED | ☐ NOT GUILTY | ☐ GUILTY | GUILTY TO COUNTS: ☐ |
|---|---|---|---|
| ☐ PRESENTENCE REPORT ORDERED | ☐ CHANGE OF PLEA | ☐ PLEA AGREEMENT FILED | OTHER: |

## CONTINUANCE

| TO: 5/25/07 | ☐ I.D. COUNSEL | ☐ BOND SIGNING | ☐ STATUS RE: CONSENT | ☐ STATUS/TRIALSET |
|---|---|---|---|---|
| AT: 1:30 p.m. | ☐ SUBMIT FINAN. AFFIDAVIT | ☒ PRELIMINARY HEARING OR | ☐ CHANGE OF PLEA | ☐ BAIL REVIEW |
| BEFORE HON. Gen. Duty Mag. Judge in Eastern Dist. of CA | ☐ DETENTION HEARING | ☐ ARRAIGN-MENT | ☐ MOTIONS | ☐ JUDGMENT & SENTENCING |
| ☐ TIME WAIVED | ☐ TIME EXCLUDABLE UNDER 18 § USC 3161 | ☐ IDENTITY/ REMOVAL | ☐ PRETRIAL CONFERENCE | ☐ PROB/SUP.REL. REV. HEARING |

## ADDITIONAL PROCEEDINGS

Case next set bef. Mag. Judge Brazil on 5/29/07 at 10:00 a.m. for Status Re: Rule 20 (if both govt's attys from both district will be agreeable).  With govt's atty's permission, the Court corrected the spelling of deft's first name by adding "A" on paragraph #14 on page 6 of the Affidavit attached to the Criminal Complaint to read as "GIOVANNA".  The deft. waived her Identity/ Removal Hrg. in this district.  The deft. told Court that she's interested in the possibility of having a Rule 20 Transfer of her case that's pending in the Eastern Dist. of CA to this district.  By no later than 5/18/07, the govt's atty. must let the above Clerk know as to whether the Clerk must issue a Removal Order in this case and vacate the 5/29/07 hearing date for Status Re: Rule 20 that's currently set bef. this Court. The Court asked the govt's atty. to check with the prosecutor assigned to the deft's case in Eastern Dist. of CA if there will be overlapping evid. in this case with 4-07-70273 & 4-07-70274-WDB.

cc: WDB's Stats, Pretrial