# UNITED STATES DISTRICT COURT
NORTHERN District of CALIFORNIA, OAKLAND DIVISION

UNITED STATES OF AMERICA
v.
GIOVANNA WARREN

**COMMITMENT TO ANOTHER DISTRICT**

FILED
MAY 1 4 2007
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

| DOCKET NUMBER | | MAGISTRATE JUDGE CASE NUMBER | |
|---|---|---|---|
| District of Arrest | District of Offense | District of Arrest | District of Offense |
| 4-07-70272-WDB | 1:07 MJ 094 DLB | 4-07-70272-WDB | 1:07 MJ 094 DLB |

**CHARGES AGAINST THE DEFENDANT ARE BASED UPON AN**
☐ Indictment  ☐ Information  ☒ Complaint  ☐ Other (specify)

charging a violation of  Title 18  U.S.C. § 287

**DISTRICT OF OFFENSE**
U.S. District Court, Eastern District of California, Fresno

**DESCRIPTION OF CHARGES:**

The defendant did knowingly submit a false claim to the Internal Revenue Service, an Agency of the United States. (2 Counts)

**CURRENT BOND STATUS:**

☒ Bail Fixed at $50,000 Unsecured Personal Recognizance (PR)
Bond shall be transferred to the District of Offense.

☒ Other (specify) On May 11, 2007, the defendant waived her Identity/Removal Hearing in the District of Arrest and admitted her Identity.

**Representation:**  ☐ Retained Own Counsel  ☒ Federal Defender Organization  ☐ CJA Attorney  ☐ None

**Interpreter Required?**  ☒ No  ☐ Yes  Language:

NORTHERN DISTRICT OF CALIFORNIA, OAKLAND DIVISION

IT IS HEREBY ORDERED THAT: the defendant must report to the United States District Court for the Eastern District of California, Fresno before the General Duty Magistrate on **Friday, May 25, 2007 at 1:30 p.m.** and when summoned by that District, and to abide by further orders of that Court. The defendant's attorney, Asst. Federal Public Defender Joyce Leavitt, must find out the name of the General Duty Magistrate Judge before whom the defendant needs to appear and to inform the defendant accordingly.

IT IS FURTHER ORDERED THAT: the defendant must appear before this Court on **TUESDAY, MAY 29, 2007 at 10:00 a.m.** for a Status Hearing unless otherwise notified by the defendant's attorney that the hearing date has been vacated by this Court.

5-14-07
Date

United States Judge or Magistrate Judge WAYNE D. BRAZIL

**RETURN**

This commitment was received and executed as follows:

| DATE COMMITMENT ORDER RECEIVED | PLACE OF COMMITMENT | DATE DEFENDANT COMMITTED |
|---|---|---|
| | | |

| DATE | UNITED STATES MARSHAL | (BY) DEPUTY MARSHAL |
|---|---|---|
| | | |

*[handwritten margin note:] M W. WDB's stata, copy to Courtney via EDF, Retrial, Financial, & Certified to Marshal*