UNITED STATES DISTRICT COURT
Northern District of California
1301 Clay Street
Oakland, California 94612

www.cand.uscourts.gov

Richard W. Wieking
Clerk

General Court Number
510.637.3530



FILED
MAY 2 2 2007
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

May 15, 2007

Office of the Clerk
U.S. District Court, Eastern District of California
2500 Tulare Street
Fresno, CA 93721

Case Name:     US-v-Giovanna Warren
Case Number:   4:07-70272-WDB            EDCA 1:07 MJ 094 DLB
Charges:       18:287  False claims against the U.S.

Dear Clerk:

   The above charges originated in your district and the defendant has appeared before U.S. Magistrate Judge Wayne D. Brazil. The following action has been taken:

   ( )    The U.S. Marshal has been ordered to remove this defendant
          to your district forthwith.
   (X)    The defendant has a court appearance in your court on: 5/25/07 @ 1:30PM

Enclosed are the following documents:
          original Rule 5 affidavit
   certified copy of *AO 94, Commitment to Another District*
          Other misc documents

**Please access the electronic case file for additional pleadings you may need. See the attached instructions for details.**

   Please acknowledge receipt of the documents on the attached copy of this letter and return in the envelope provided.

                              Sincerely yours,

                              RICHARD WIEKING, Clerk

                              by: Kelly Collins
                              Case Systems Administrator

Enclosures
cc: Financial Office

----

**Receipt of the above-described documents is acknowledged herewith and assigned case number:**

_____.

Date: _____        CLERK, U.S. DISTRICT COURT

                                             By _____
                                                      Deputy Clerk