**FILED**

JUN 4 – 2007

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,           )    No. CR-4-07-70272 WDB
                                    )
                  Plaintiff,        )    [PROPOSED] ORDER
                                    )    RE: TRANSPORTATION
v.                                  )    EXPENSES
                                    )
GIOVANNA WARREN,                    )
                                    )
                  Defendant.        )
_____)

GOOD CAUSE APPEARING,

Defendant Giovanna Warren, who has previously filed a financial affidavit and answered

questions posed to her by this Court regarding her ability to pay for travel, has been ordered by this

Court to appear Friday, June 8, 2007 at 1:00 p.m. at the United States District Court for the Eastern

District of California, Fresno Courthouse, before The Hon. Sandra M. Snyder, United States

Magistrate Judge, Eastern District Case No. 1:07 MJ 094 DLB.  Because the interests of justice are

served and the Court is satisfied that the defendant is financially unable to provide the necessary

transportation,

IT IS HEREBY ORDERED that, pursuant to 18 U.S.C. § 4285, the United States Marshals

ORDER RE:
TRANSPORTATION
EXPENSES           *cc: 2 certified copies to Marshal*
                   *copy to parties*

1   Service for the Northern District of California shall make round trip travel arrangements via bus or

2   train, and furnish transportation expenses to the above-named defendant to enable her to travel from

3   Oakland, California to the Eastern District of California in order to appear as required on Friday,

4   June 8, 2007 at 1:00 p.m.

5       IT IS SO ORDERED.

6   DATED: June ___, 2007

7                                              _____
                                               WAYNE D. BRAZIL
8                                              United States Magistrate Judge

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

ORDER