UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

       Plaintiff(s),                         No. 4-07-70272-WDB

  v.                                      **CLERK'S NOTICE**

GIOVANNA WARREN,

       Defendant(s).
_____/

**You are hereby notified that** pursuant to the unavailability of Magistrate Judge Wayne D. Brazil on Wednesday, August 29, 2007, the Further Status Hearing Re: Rule 20 as to the above entitled case has been rescheduled to **Thursday, August 30, 2007 at 10:00 a.m.** before Magistrate Judge Wayne D. Brazil.

                                               Richard W. Weiking
                                               Clerk, U.S. District Court

                                               /s/ Ivy L. Garcia
                                               by:  Ivy L. Garcia
                                               Courtroom Deputy of
                                               Magistrate Judge Wayne D. Brazil

                                               Dated:   August 28, 2007

cc:  Copies to parties via ECF, Pretrial Services