DOCUMENTS UNDER SEAL ☐ | TOTAL TIME (mins): 4 min.

**MAGISTRATE JUDGE MINUTE ORDER**

| MAGISTRATE JUDGE | DEPUTY CLERK | REPORTER/FTR |
|---|---|---|
| Wayne D. Brazil | Corinne Lew | FTR |
| | DATE: 10/11/07 | NEW CASE ☐ / CASE NUMBER: CR 07-00636 CW |

## APPEARANCES

| DEFENDANT | AGE | CUST: N | P/NP: P | ATTORNEY FOR DEFENDANT | PD. ☒ RET. ☐ APPT. ☐ |
|---|---|---|---|---|---|
| Giovanna Warren | | | | Joyce Leavitt | |

| U.S. ATTORNEY | INTERPRETER | FIN. AFFT SUBMITTED ☐ | COUNSEL APPT'D ☐ |
|---|---|---|---|
| Bryan Whittaker | | | |

| PROBATION OFFICER | PRETRIAL SERVICES OFFICER | DEF ELIGIBLE FOR APPT'D COUNSEL ☐ | PARTIAL PAYMENT OF CJA FEES ☐ |
|---|---|---|---|
| | T. Gaskins | | |

### PROCEEDINGS SCHEDULED TO OCCUR

☐ INITIAL APPEAR | ☐ PRELIM HRG | ☐ MOTION | ☐ JUGM'T & SENTG | ☒ STATUS
☐ I.D. COUNSEL | ☐ ARRAIGNMENT | ☐ BOND HEARING | ☐ INITIAL APPEAR REV PROB OR S/R | ☐ OTHER
☐ DETENTION HRG | ☐ ID/REMOV HRG | ☐ CHANGE PLEA | ☐ PROB. REVOC. | ☐ ATTY APPT HEARING

### INITIAL APPEARANCE
☐ ADVISED OF RIGHTS | ☐ ADVISED OF CHARGES | ☐ NAME AS CHARGED IS TRUE NAME | ☐ TRUE NAME:

**FILED OCT 11 2007 RICHARD W. WIEKING, CLERK, U.S. DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA, OAKLAND**

### ARRAIGNMENT
☐ ARRAIGNED ON INFORMATION | ☐ ARRAIGNED ON INDICTMENT | ☐ READING WAIVED SUBSTANCE | ☐ WAIVER OF INDICTMENT FILED

### RELEASE
☐ RELEASED ON O/R | ☐ ISSUED APPEARANCE BOND | AMT OF SECURITY $ | SPECIAL NOTES | ☐ PASSPORT SURRENDERED DATE:

PROPERTY TO BE POSTED: ☐ CASH $ | CORPORATE SECURITY ☐ | REAL PROPERTY: ☐

☐ MOTION FOR DETENTION | ☐ PRETRIAL SERVICES REPORT | ☐ DETAINED | ☐ RELEASED | ☐ DETENTION HEARING AND FORMAL FINDINGS WAIVED | ☐ REMANDED TO CUSTODY

ORDER REMOVED TO THE DISTRICT OF

### PLEA
☐ CONSENT ENTERED | ☐ NOT GUILTY | ☐ GUILTY | GUILTY TO COUNTS: ☐
☐ PRESENTENCE REPORT ORDERED | ☐ CHANGE OF PLEA | ☐ PLEA AGREEMENT FILED | OTHER:

### CONTINUANCE

TO: 10/24/07
AT: 10:00 a.m.
BEFORE HON. WDB

☐ ATTY APPT HEARING | ☐ BOND HEARING | ☐ STATUS RE: CONSENT | ☐ STATUS / TRIAL SET
☐ SUBMIT FINAN. AFFIDAVIT | ☒ PRELIMINARY HEARING OR ARRAIGNMENT | ☐ CHANGE OF PLEA | ☐ OTHER
☐ DETENTION HEARING | | ☐ MOTIONS | ☐ JUDGMENT & SENTENCING
☐ TIME WAIVED | ☐ TIME EXCLUDABLE UNDER 18 § USC 3161 | ☐ IDENTITY / REMOVAL HEARING | ☐ PRETRIAL CONFERENCE | ☐ PROB/SUP REV. HEARING

### ADDITIONAL PROCEEDINGS
10/24/07 AT 2:30 P.M. BEFORE CW FOR CHANGE OF PLEA
ALSO SET RELATED CASE CR 07-00637 SBA FOR STATUS ON 10/17/07 AT 10:00 A.M BEFORE WDB
cc: IVY/WDB STATS/S. CAHILL