UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Criminal Minute Order

The Honorable Claudia Wilken, Presiding
Clerk: Sheilah Cahill
Court Reporter: David Disbrow, pro tem
Date: 10/24/07

Plaintiff:  United States

v.                                                  No.  CR-07-00636 CW

Defendant:  Giovanna Tyreka Warren (present)

Appearances for Plaintiff:
Bryan Whittaker

Appearances for Defendant:
Joyce Leavitt

Interpreter:

FILED
OCT 24 2007
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

Probation Officer:

Speedy Trial Date:

Hearing:  Change of Plea

Notes:    Defendant enters under oath Rule 11(c)(1)(A) and (B) plea of guilty to Counts One and Two of the Indictment filed in the Eastern District of California charging False Claims in violation of 18 USC 287.  Plea Agreement filed.  Court finds factual basis for plea and accepts plea.  PSR requested.  **Judgment and sentencing set for 1/30/08** at 2:30 p.m.

Copies to: Chambers; probation