UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

**FILED**

OCT 24 2007

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

Case Number _____ *CR07-00636 CW* _____

Defendant's Name _____ *Giovanna Warren* _____

Defense Counsel _____ *Joyce Leavitt, AFPO* _____

Referral Date _____ *10/24/07* _____

Sentencing Date _____ *1/30/08* _____ *@ 230pm*

### NOTICE TO DEFENSE COUNSEL

The Court has directed that a

_X_ Presentence Investigation

_____ Pre-Plea Report

_____ Bail Investigation

_____ Bail Supervision

_____ Postsentence Investigation

_____ 4244

be conducted on the above-named defendant. So that the investigation/supervision can be completed promptly, please go to the <u>Probation Office, Room 220S, before leaving the Courthouse today</u> to make the necessary arrangements.

RICHARD W. WIEKING
Clerk

by: _____ SHEILAH CAHILL _____
Deputy Clerk

---

for use of Courtroom Deputies:

· Is defendant in custody: *No*

Is defendant English-speaking? *yes*

---

cc: U. S. Probation