UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Criminal Minute Order

FILED
JAN 3 0 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

**The Honorable Claudia Wilken, Presiding**
**Clerk:** Sheilah Cahill
**Court Reporter:** Raynee Mercado
**Date:** 1/30/08

**Plaintiff:** United States

**v.**                                              **No.**   CR-07-00636 CW

**Defendant:** Giovanna Warren (present)


**Appearances for Plaintiff:**
Bryan Whitaker

**Appearances for Defendant:**
Joyce Leavitt

**Probation Officer:**
Charles Mabie

### Hearing:   Judgment and Sentencing

**Notes:**     Defendant and counsel have read PSR; no factual disputes other than in sentencing memo.  Court follows recommendation of P/O. Court finds Offense Level 8, Criminal History III, leading to a Guideline Range of 6-12 months.  The Court places the defendant on three years probation with the special condition she serve 6 months in community confinement or halfway house that would allow her to continue on in terms of work, school and child care, or if not, then possible home detention with electronic monitoring.  Probation will be under the usual terms and conditions and the special conditions as set forth in the PSR and additional condition as requested by AUSA that she not open any new lines of credit without permission of P/O.  No fine imposed due to lack of ability to pay a fine.  Defendant to pay $6,220 restitution and $200 special assessment at the rate of $25 per month upon release from community confinement.  Any remaining counts are dismissed.  See J&C for details.

Copies to: Chambers