| DOCUMENTS UNDER SEAL ☐ | | | TOTAL TIME (mins): 3 Mins | |
|---|---|---|---|---|
| **MAGISTRATE JUDGE MINUTE ORDER** | DEPUTY CLERK<br>Ivy L. Garcia | | REPORTER/FTR<br>FTR: 8/27/08  10:24:38-10:27:20 | |
| MAGISTRATE JUDGE<br>HON. WAYNE D. BRAZIL | DATE<br>8/27/08 | | NEW CASE<br>☐ | CASE NUMBER<br>CR-07-00636-CW |

| APPEARANCES | | | | | |
|---|---|---|---|---|---|
| DEFENDANT<br>GIOVANNA WARREN | AGE | CUST<br>No | P/NP<br>NP | ATTORNEY FOR DEFENDANT<br>Joyce Leavitt | PD. ☒  RET. ☐<br>APPT. ☐ |
| U.S. ATTORNEY<br>Deborah Douglas | INTERPRETER<br>None | | | ☐ FIN. AFFT SUBMITTED | ☐ COUNSEL APPT'D |
| PROBATION OFFICER<br>Alton Dural, Jr. | PRETRIAL SERVICES OFFICER<br>Carol Mendoza | | | ☐ DEF ELIGIBLE FOR APPT'D COUNSEL | ☐ PARTIAL PAYMENT OF CJA FEES |

| PROCEEDINGS SCHEDULED TO OCCUR | | | | |
|---|---|---|---|---|
| ☐ INITIAL APPEAR | ☐ PRELIM HRG | ☐ MOTION | ☐ JUGM'T & SENTG | ☒ STATUS<br>3 Mins HELD |
| ☐ I.D. COUNSEL | ☐ ARRAIGNMENT | ☐ BOND HEARING | ☒ INITIAL APPEAR REV PROB or S/R  NOT HELD | ☐ OTHER |
| ☐ DETENTION HRG | ☐ ID / REMOV HRG | ☐ CHANGE PLEA | ☐ PROB. REVOC. | ☐ ATTY APPT HEARING |

**FILED**
**AUG 27 2008**
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| INITIAL APPEARANCE | | | |
|---|---|---|---|
| ☐ ADVISED OF RIGHTS | ☐ ADVISED OF CHARGES | ☐ NAME AS CHARGED IS TRUE NAME | ☐ TRUE NAME: |

| ARRAIGNMENT | | | |
|---|---|---|---|
| ☐ ARRAIGNED ON INFORMATION | ☐ ARRAIGNED ON INDICTMENT | ☐ READING WAIVED SUBSTANCE | ☐ WAIVER OF INDICTMENT FILED |

| RELEASE | | | | |
|---|---|---|---|---|
| ☐ RELEASED ON O/R | ☐ ISSUED APPEARANCE BOND | AMT OF SECURITY<br>$ | SPECIAL NOTES | ☐ PASSPORT SURRENDERED DATE: |

| PROPERTY TO BE POSTED<br>☐ CASH  $ | CORPORATE SECURITY ☐ | REAL PROPERTY: ☐ |
|---|---|---|

| ☐ MOTION FOR DETENTION | ☐ PRETRIAL SERVICES REPORT | ☐ DETAINED | ☐ RELEASED | ☐ DETENTION HEARING AND FORMAL FINDINGS WAIVED | ☐ REMANDED TO CUSTODY |
|---|---|---|---|---|---|

ORDER REMOVED TO THE DISTRICT OF

| PLEA | | | |
|---|---|---|---|
| ☐ CONSENT ENTERED | ☐ NOT GUILTY | ☐ GUILTY | GUILTY TO COUNTS: ☐ |
| ☐ PRESENTENCE REPORT ORDERED | ☐ CHANGE OF PLEA | ☐ PLEA AGREEMENT FILED | OTHER: |

| CONTINUANCE | | | | |
|---|---|---|---|---|
| TO: | ☐ ATTY APPT HEARING | ☐ BOND HEARING | ☐ STATUS RE: CONSENT | ☐ STATUS / TRIAL SET |
| AT: | ☐ SUBMIT FINAN. AFFIDAVIT | ☐ PRELIMINARY HEARING OR ARRAIGN-MENT | ☐ CHANGE OF PLEA | ☐ OTHER |
| BEFORE HON. | ☐ DETENTION HEARING | | ☐ MOTIONS | ☐ JUDGMENT & SENTENCING |
| ☐ TIME WAIVED | ☐ TIME EXCLUDABLE UNDER 18 § USC 3161 | ☐ IDENTITY / REMOVAL HEARING | ☐ PRETRIAL CONFERENCE | ☐ PROB/SUP REV. HEARING |

**ADDITIONAL PROCEEDINGS**

The deft. was not present in the courtroom. Prob. Officer Alton Dural, Jr. said that his last contact with the deft. by tel. was on 7/8/08. Mr. Dural has been unable to have any contact with the deft. since then. The deft's atty. said that she also has no contact with the deft. The Court ordered that the Clerk shall issue a NO BAIL Arrest Warrant against the deft.

cc: WDB's Stats, Sheilah, Probation         DOCUMENT NUMBER: