UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Criminal Minute Order

**The Honorable Claudia Wilken, Presiding**
**Clerk:** Sheilah Cahill
**Court Reporter:** Raynee Mercado
**Date:** 8/27/08

**Plaintiff:**  United States

**v.**                                                      **No.**  CR-07-00636 CW

**Defendant:**  Giovanna Warren (not present)


**Appearances for Plaintiff:**
Christine Wong

**Appearances for Defendant:**
Joyce Leavitt

**Interpreter:**


**Probation Officer:**


**Speedy Trial Date:**


**Hearing:  Violation of Probation**

**Notes:**    Defendant did not appear earlier before WDB. Bench warrant issued by WDB.

Copies to: Chambers